UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>JARED D. ELZEA,<br><br>        Defendant. | 2:19-po-00071-CKD<br><br>ORDER TO DISMISS AND VACATE TRIAL DATE<br><br><br><br><br>JUDGE: Hon. Carolyn K. Delaney |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:19-po-00071-CKD without prejudice is GRANTED.

It is further ordered that all Court-ordered dates are vacated.

IT IS SO ORDERED.

Dated: October 16, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE